IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| MARCUS JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 624-038 |
| | ) | |
| JACOB BEASLEY, Warden, and SGT. WILSON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 22, 2024, the Court granted Plaintiff, currently detained at Smith State Prison in Glennville, Georgia, permission to proceed *in forma pauperis* conditioned on his return of a Prisoner Trust Fund Account Statement and a Consent to Collection of Fees form. (See doc. no. 4.) The Court has only received one of the required documents, the Prisoner Trust Fund Account Statement. (Doc. no. 9.) However, Plaintiff has demonstrated his ability to communicate with the Court by submitting an amended complaint, (doc. no. 6; see also doc. no. 5), and a motion to appoint counsel, (doc. no. 7).

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement **and** consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915). Plaintiff shall have until September 30, 2024, to sign and submit the required Consent to Collection of Fees form. The Court **DIRECTS** the **CLERK** to enclose a copy of the form with Plaintiff's service copy of this Order. Failure to return the required paperwork will be an

election to have this case dismissed without prejudice.

SO ORDERED this 16th day of September, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA