AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCUS JACKSON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:24-cv-00038

WARDEN JACOB BEASLEY, SGT. WILSON.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed January 8, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.



1/8/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020